```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
BAMBU SALES INCORPORATED,
                                   :
                Plaintiff,
                                   :          ORDER

        -against-                  :   08 Civ. 10787 (DLC)(MHD)

LOVE FATIGUES, LLC and SEAMUS      :
MCGOVERN,
                                   :
                Defendants.
-----------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby ORDERED that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, MAY 13, 2009, at 2:30 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

The parties are to take note of the following requirements for settlement conferences before the undersigned:

1. **The parties are expected to have spoken with each other about their respective settlement positions prior to the settlement conference.**

2. The parties are directed to bring with them any documents (including any deposition transcripts) that they consider pertinent to their position on the settlement value of the case.

3. Clients are expected to attend the conference.

DATED:  New York, New York
        May 11, 2009

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:

Lisa M. Buckley, Esq.
Brad David Rose, Esq.
Nicole E. Kaplan, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

Andrew J. Costigan, Esq.
Daniel Anthony Hargraves, Esq.
Hargraves McConnell & Costigan, P.C
420 Lexington Ave. Suite 2101
New York, NY 10170